■ KAREN McGRATH et al., Respondents, v TOWN OF IRONDEQUOIT, Appellant. (Appeal No. 2.) [953 NYS2d 917]—Appeal from an order of the Supreme Court, Monroe County (Ann Marie Taddeo, J.), entered October 12, 2011. The order granted the motion of plaintiffs for leave to amend the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *McGrath v Town of Irondequoit* (100 AD3d 1518 [2012]). Present—Scudder, P.J., Smith, Fahey, Carni and Valentino, JJ.